IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT P. DOUGLAS AND CHRISTOPHER ROBINSON, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:14-cv-02422-AT |
| YEAH ! BURGER WHITE PROVISION, LLC AND DAN LATHAM | ) ) ) ) |
| Defendants. | ) ) |

### ORDER APPROVING SETTLEMENT AGREEMENTS AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA").

This Court has reviewed the Plaintiff's Acceptance of Offer of Judgment [Doc. No. 8] and conducted a conference with counsel for the parties. The Court finds that the parties' Settlement Agreements reflect a fair and reasonable resolution of the *bona fide* disputes in this case and this resolution is consistent with the purposes of the FLSA. The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise.

Further, the Court notes that the parties have agreed to the payment to Plaintiffs' counsel of the amount of $7,114.25 in attorneys' fees and expenses.

Consequently, the Court ORDERS as follows:

1) This Court APPROVES the monetary distribution as to Plaintiffs as described in the Notice of Acceptance of Offer of Judgment, [Doc. No. 8];

2) The parties having agreed, this Court APPROVES the attorneys' fees and expenses of Plaintiffs' counsel in the amount of is $7,114.25;

3) This Court ORDERS Defendants to make payments accordingly;

4) The case is hereby DISMISSED WITH PREJUDICE with each party to bear his, her or its own expenses except as described herein; and

5) The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement.

SO ORDERED this 17th day of December, 2014.

_____
The Honorable Amy Totenberg
UNITED STATES DISTRICT JUDGE